UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-22011-CV-WILLIAMS

ADAM STREGE,

    Plaintiff,

v.

LAUNCHIN NUCLEAR MISSLES AT MIAMI, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Marty Elfenbein's Report and Recommendation (DE 12) ("***Report***") on Plaintiff Adam Strege's ("***Plaintiff***") Motion for Leave to Proceed *in forma pauperis* (DE 3) ("***IFP Motion***"). In the Report, Judge Elfenbein recommends that Plaintiff's IFP Motion be granted, and that Plaintiff's Complaint (DE 1) be dismissed without prejudice as it constitutes a shotgun pleading and includes factual allegations that are frivolous. (DE 12 at 2, 5–9.)

No objections were filed to the Report, and the time to object has passed. Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

1. Judge Elfenbein's Report (DE 12) is **AFFIRMED AND ADOPTED**.
2. Plaintiff's Complaint (DE 1) is **DISMISSED WITHOUT PREJUDICE**.
3. All hearings, trial, and deadlines are **CANCELED**. All pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE THIS CASE**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>23rd</u> day of July, 2025.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE